

### Synopsis

1:25-cr-00039-JAW

2025 MAR 13 P 3:03

| | | |
|---|---|---|
| **Name:** | | Todd Whitman |
| **Address:** (City & State Only) | | Hermon, ME |
| **Year of Birth and Age:** | | 1987/38 |
| **Violations:** | **CT 1:** | Possession of a Firearm by a Felon. See 18 U.S.C. §§922(g)(1), 924(e)(1) |
| **Penalties:** | **CT 1:** | A term of imprisonment of not less than 15 years, a $250,000 fine, or both. See 18 U.S.C. §§924(e)(1), 3571(b)(3) |
| **Supervised Release:** | **CT 1:** | Not more than five years. See 18 U.S.C. §3583(b)(1) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **CT 1:** | Not more than five years per violation. See 18 U.S.C. §3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **CT 1:** | Five years, less any term of imprisonment. See 18 U.S.C. §3583(h) |
| **Defendant's Attorney:** | | N/A |
| **Primary Investigative Agency and Case Agent Name:** | | HSI SA Stephen Morrell and ATF SA Justin Blais |
| **Detention Status:** | | Arrest warrant to issue |
| **Foreign National:** | | No |
| **Foreign Consular Notification Provided:** | | N/A |
| **County:** | | Penobscot |
| **AUSA:** | | Andrew McCormack |
| **Guidelines apply?  Y/N** | | Yes |
| **Victim Case:** | | No |

| **Corporate Victims Owed Restitution:** | N/A |
|---|---|
| **Assessments:** | $100 per count |
| **Forfeiture? Y/N** | Y |